**Order filed February 1, 2022.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00436-CR**

———————

**RAFAEL ROJAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1619638**

---

## ORDER

Appellant is represented by appointed counsel, Paul Morgan. Appellant's brief was originally due November 29, 2021. An extension was granted to January 18, 2022. No brief or motion for extension of time was filed.

We order Paul Morgan to file a brief with the clerk of this court on or before March 3, 2022. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.